

FILED
CLERK, U.S. DISTRICT COURT

1/28/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. 9) JULIO CESAR DIAZ-BARRIOS, DEFENDANT(S). | CASE NUMBER 2:18-cr-00354-DSF-9 **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of __Defendant's counsel__ , IT IS ORDERED that a detention hearing is set for __Thurday, January 31, 2019__ , _____ , at __10:30__ ☒a.m. / ☐p.m. before the Honorable __Maria A. Audero__ , in Courtroom __690__ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __January 28, 2019__

_____
HON. MARIA A. AUDERO, United States Magistrate Judge